# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Elizabeth Ball

CASE NUMBER: 1:21-cv-04840

V.

ASSIGNED JUDGE: Andrea R. Wood

City Of Chicago, et. al.

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cummings

TO: (Name and address of Defendant)

James Francis
Chicago Police Officer, #19345
Chicago Police Department
3510 South Michigan Avenue
Chicago, IL 60653

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brad Thomson
People's Law Office
1180 N. Milwaukee Ave. 3rd Floor
Chicago IL, 60642

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Sarah Bouchard* (signature)

August 15, 2022

(By) DEPUTY CLERK

DATE

Civil Action No. 21 cv 4840

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES FRANCIS, CHICAGO POLICE OFFICER #19345 CHICAGO POLICE DEPARTMENT was received by me on *(date)* Aug 16, 2022, 2:34 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Civil Process Box , who is designated by law to accept service of process on behalf of *(name of organization)* JAMES FRANCIS, CHICAGO POLICE OFFICER #19345 CHICAGO POLICE DEPARTMENT on *(date)* Fri, Aug 19 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 08/22/2022

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

333 S Wabash Ave Suite 2700, Chicago, IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 19, 2022, 11:42 am CDT at Company: 3510 S Michigan Ave, Chicago, IL 60653 received by Civil Process Box. Other: Per cpd protocol documents were stamped and put in appropriate box;