**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**GENERAL ORDER 22-0018**

Pursuant that to the Executive Committee Order entered on September 9, 2022, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Nancy L. Maldonado; therefore

IT IS HEREBY ORDERED that the attached list of 287 cases be reassigned to the Honorable Nancy L. Maldonado; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Nancy L. Maldonado's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Nancy L. Maldonado to the Court's civil case assignment system during the next business day, so that she shall receive a full share of such case; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Nancy L. Maldonado to the Court's criminal case assignment system ninety (90) days so that Judge Maldonado shall thereafter receive a full share of such cases.

**ENTER**:

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 3rd day of October, 2022

**Civil Cases Reassigned from Judge Alonso to Judge Maldonado**

| | |
|---|---|
| 1:18-cv-02014 | White, Jr. v. Pfister et al |
| 1:20-cv-00067 | Grigsby v. La Rabida Children's Hospita. et al |
| 1:21-cv-00085 | State of Illinois Ex. Rel Ken Elder v. JPMorgan Chase N.A. |
| 1:21-cv-00874 | Butler v. Chicago Transit Authority |
| 1:21-cv-04434 | Mejia v. Blue Island Park District |
| 1:21-cv-04850 | Gonzalez v. Village Of Hanover Park et al |
| 1:22-cv-00226 | Direct Steel, LLC v. American Buildings Company |
| 1:22-cv-00531 | Branham v. Trueaccord Corp. |
| 1:22-cv-02212 | Rios v. Metro Communication USA LLC |
| 1:22-cv-02358 | Bavi v. Army Review Board Agency |
| 1:22-cv-03661 | Melgoza v. The Chefs' Warehouse Midwest, LLC et al |

**Civil Cases Reassigned from Judge Aspen to Judge Maldonado**

| | |
|---|---|
| 1:16-cv-06947 | Sullivan v. Melvin et al |
| 1:19-cv-04937 | Woods v. Lee et al |
| 1:21-cv-04849 | Delgado v. Smithfield Packaged Meats Corp. |
| 1:21-cv-06734 | Continental Glass Sales & Investment Corp v. First Finish, LLC |
| 1:22-cv-02308 | Travelers Property Casualty Company of America v. Benchmark Insurance Company |

**Civil Cases Reassigned from Judge Blakey to Judge Maldonado**

| | |
|---|---|
| 1:18-cv-02447 | Perry v. Pfister et al |
| 1:19-cv-01502 | Tyner v. Nowakoski et al |
| 1:19-cv-08129 | Laurent v. Takeda Pharmaceuticals America Inc. et al |
| 1:20-cv-03366 | Calvente v. Ghanem et al |
| 1:21-cv-00426 | Ballantine et al v. Village of Mokena |
| 1:22-cv-00818 | Ballantine et al v. Village of Mokena |
| 1:21-cv-02014 | Evangelical Students Fellowship v. American Family Mutual Insurance Company, S.I. |
| 1:21-cv-04076 | Robertson v. United Parcel Service |
| 1:21-cv-06517 | Berman v. The County of Lake |
| 1:22-cv-01731 | Parker v. TransUnion LLC et al |
| 1:22-cv-02631 | Washington v. Portfolio Recovery Associates et al |
| 1:22-cv-03833 | Long Distance Moving Experts et al v. United Express Group, Inc. et al |

**Civil Cases Reassigned from Judge Bucklo to Judge Maldonado**

| | |
|---|---|
| 1:18-cv-00076 | 3Cloud, LLC v. Concurrency, Inc. et al |
| 1:18-cv-01733 | Tyson v. Cook County Jail et al |
| 1:19-cv-07868 | Pable v. Chicago Transit Authority et al |
| 1:20-cv-05562 | Manning, Individually et al v. Haines et al |
| 1:20-cv-06034 | Maxum Indemnity Company v. Powertrain Rockford Inc. et al |
| 1:21-cv-02821 | Central States, Southeast and Southwest Areas Pension Fund et al v. Allied Aviation Fueling Company of St. Louis, LLC |
| 1:22-cv-01030 | Walsh v. Fensler et al |
| 1:22-cv-02317 | Fashion Forward Worldwide Corp. v. Stein |
| 1:22-cv-02218 | Jilton v. Dart et al |
| 1:22-cv-03812 | Wyatt v. People of Illinois State et al |
| 1:22-cv-03868 | Tamez v. Sergeant Construction, Inc. |

### Civil Cases Reassigned from Judge Chang to Judge Maldonado

| | |
|---|---|
| 1:17-cv-03078 | Shure Incorporated v. ClearOne, Inc. |
|     1:19-cv-02421 | ClearOne, Inc. v. Shure Incorporated |
| 1:18-cv-01301 | Shuhaiber v. Dart et al |
|     1:18-cv-01305 | Shuhaiber v. Illinois Department of Corrections et al |
|     1:18-cv-01306 | Shuhaiber v. Dart et al |
|     1:18-cv-01370 | Shuhaiber v. Dr. Sood |
|     1:18-cv-01371 | Shuhaiber v. Cook County Jail et al |
|     1:18-cv-03290 | Shuhaiber v. Shulda et al |
| 1:19-cv-07606 | Marsh et al v. CSL Plasma Inc. |
| 1:19-cv-08437 | Gomez v. Rihani et al |
| 1:21-cv-00351 | Ojimba et al v. Moore, NP et al |
| 1:21-cv-00575 | U.S. Specialty Insurance Company v. LaSalle County, Illinois et al |
| 1:21-cv-04672 | Sherif Albert DDS, P.C., d/b/a Esplanade Dental Care et al v. The Cincinnati Insurance Companies et al |
| 1:21-cv-05036 | Woods v. Kijakazi |
| 1:22-cv-00627 | Walker v. Dept. of Human Services et al |
| 1:22-cv-02380 | Alvarez et al v. Hartsfield |
| 1:22-cv-03586 | Allen-Sanders v. Mount Sinai Hospital Medical Center |

### Civil Cases Reassigned from Judge Coleman to Judge Maldonado

| | |
|---|---|
| 1:13-cv-09339 | Feit Electric Company, Inc. v. CFL Technologies LLC |
| 1:18-cv-01264 | DeVine v. XPO Logistics Freight, Inc. |
| 1:20-cv-01191 | Thompson v. Wexford Health Sources Inc. et al |
| 1:20-cv-03014 | Wagner v. SPEEDWAY, LLC. |
| 1:21-cv-00727 | Thomas Jr v. Dart et al |
| 1:21-cv-01922 | Thornley v. Garcia et al |
| 1:21-cv-06142 | Garcia et al v. Three Buddy's Inc. et al |
| 1:21-cv-06861 | Burton v. Dart et al |
| 1:22-cv-01828 | Farias v. J&K Express, Inc. et al |
| 1:22-cv-02248 | Tisden et al v. U.S. Citizenship and Immigration Services (USCIS) et al |
| 1:22-cv-03486 | Fedorova v. Bank of America, N. A. et al |

### Civil Cases Reassigned from Judge Dow to Judge Maldonado

| | |
|---|---|
| 1:15-cv-06869 | Coe v. Atkins, et al. |
| 1:17-cv-07095 | Dukes et al v. Tapia-Jones et al |
| 1:18-cv-02678 | Gonzalez v. Dorethy |
| 1:20-cv-01355 | Line Construction Benefit Fund et al v. WPS, Inc. |
| 1:20-cv-02433 | Stephens v. Collins et al |
| 1:20-cv-03375 | Inventus Power, Inc. et al v. Shenzhen Ace Battery Co., Ltd. |
| 1:20-cv-07714 | Testroet v. International Code Council, Inc. |
| 1:21-cv-03815 | Walsh v. Woodbridge Nursing Pavilion, Ltd |
| 1:21-cv-06177 | Vidal-Martinez v. US Department of Homeland Security et al |
| 1:22-cv-01235 | Dixon et al v. Leiserv, LLC d/b/a Bowlero River Grove |
| 1:22-cv-02658 | Bonchon U.S.A., Inc. v. Aaron Allen & Associates, LLC |

## Civil Cases Reassigned from Judge Durkin to Judge Maldonado

| | |
|---|---|
| 1:19-cv-00129 | Henderson v. City Of Chicago et al |
| 1:19-cv-05287 | Consolidated Chassis Management LLC et al v. Northland Insurance Company |
| 1:20-cv-01745 | Silberman v. Scalia. |
| 1:20-cv-06289 | Goudy et al v. Underwriters At Lloyd's, London et al |
| 1:21-cv-02199 | Heimgartner v. G-III Leather Fashions, Inc. et al |
| 1:21-cv-03134 | Banner Life Insurance Company v. Kutrubis et al |
| 1:21-cv-04827 | Khan v. HCL America Inc. |
| 1:21-cv-06511 | Hurt v. ScriptPro LLC |
| 1:22-cv-02100 | Reed v. Raoul et al |
| 1:22-cv-03133 | McCoy v. National Railroad Passenger Corporation et al |
| 1:22-cv-04147 | Laura Graves v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Ellis to Judge Maldonado

| | |
|---|---|
| 1:17-cv-07216 | Medline Industries, Inc. v. C.R. Bard, Inc. |
| 1:19-cv-07888 | Freeland v. Lorenzini & Associates, Ltd. et al |
| 1:20-cv-01023 | PLB Investments LLC et al v. Heartland Bank & Trust, Company et al |
| 1:20-cv-07819 | Damian v. Heartland Bank and Trust Company et al |
| 1:20-cv-06157 | Lazaro v. BNSF Railway Company et al |
| 1:20-cv-07318 | McCue v. Johnson et al |
| 1:21-cv-03065 | Thompson v. Santerelli |
| 1:21-cv-05756 | Turow v. Glazier |
| 1:22-cv-01042 | Wells v Chicago Park District |
| 1:22-cv-02384 | Toms et al v. Vandecarr, et al. |
| 1:22-cv-03243 | Her Imports v. Cabello Real Ltd et al |
| 1:22-cv-04338 | Blue Sphere, Inc., d/b/a Lucky 13 and Robert A. Kloetzy v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

## Civil Cases Reassigned from Judge Feinerman to Judge Maldonado

| | |
|---|---|
| 1:18-cv-03492 | Richter v. Orenstein et al |
| 1:19-cv-04597 | Sachell v. Dart et al |
| 1:20-cv-04791 | Nunzino Pizza et al v. Hop Head Farms LLC et al |
| 1:21-cv-00319 | Fair v. Pfister et al |
| 1:21-cv-03166 | LKQ Corporation et al v. Kia Motors America, Inc. et al |
| 1:21-cv-04529 | Jackson v. Discover Financial Services Inc. |
| 1:21-cv-06555 | Sauer v. Herminstyne et al |
| 1:22-cv-00178 | Gaskew v. Kijakazi |
| 1:22-cv-01459 | BlueCrest Capital International Master Fund Limited v. Travel Holdings, Inc. et al |
| 1:22-cv-02805 | Washington v. L J Ross Associates, Inc. et al |
| 1:22-cv-03753 | Central States Southeast & Southwest Areas Pension Fund et al v. Doe |

### Civil Cases Reassigned from Judge Gettleman to Judge Maldonado

| | |
|---|---|
| 1:16-cv-06418 | Daddono v. United States of America et al |
| 1:17-cv-07241 | Carter v. City Of Chicago et al |
| 1:20-cv-04741 | Kaur v. Lakuzi Foods., Inc. et al |
| 1:20-cv-06830 | Legat v. Legat Architects Inc. |
| 1:21-cv-06390 | First American Title Insurance Company v. Hanson Aggregates Midwest |
| 1:22-cv-00325 | Rudy et al v. SSC Westchester Operation Company LLC |
| 1:22-cv-02894 | Reliford v. Monti et al |
| 1:22-cv-02975 | Shanmugavelandy v. AbbVie, Inc |

### Civil Cases Reassigned from Judge Gottschall to Judge Maldonado

| | |
|---|---|
| 1:15-cv-10610 | Palladino v. Wells Fargo Bank, N. A. et al |
| 1:20-cv-02523 | Sha-Poppin Gourmet Popcorn LLC v. JPMorgan Chase Bank, N.A et al |
| 1:20-cv-04428 | Ajir AI LLC v. JPMorgan Chase Bank, N.A. |
| 1:21-cv-06239 | Collier v. Illinois Department of Human Services |
| 1:22-cv-01266 | LaChance v. Community Consolidated School District 93, et al |

### Civil Cases Reassigned from Judge Guzman to Judge Maldonado

| | |
|---|---|
| 1:18-cv-04871 | Dietrich v. C. H. Robinson Worldwide, Inc. |
| 1:19-cv-06836 | Benson et al v. Newell Brands Inc., et al., |
| 1:20-cv-02128 | Shivaraju v. Advocate Health Care |
| 1:22-cv-00831 | Carlson v. Transform SR Home Improvement Products LLC |
| 1:22-cv-01768 | Parker v. Experian Information Solutions, Inc. et al |

### Civil Cases Reassigned from Judge Kendall to Judge Maldonado

| | |
|---|---|
| 1:18-cv-06244 | McVay v. Obaisi et al |
| 1:20-cv-01597 | Billups-Dryer v. Sheehan et al |
| 1:20-cv-04015 | Allied Insurance Company et al v. The United States Post Office |
| 1:21-cv-01534 | Quality Custom Distribution v. International Brotherhood of Teamsters, Local 710 |
| 1:21-cv-02521 | Local 710, International Brotherhood of Teamsters v. Quality Custom Distribution |
| 1:21-cv-03940 | Villalpando v. A-1 Outdoor Maintenance, Inc., et al |
| 1:21-cv-06601 | Hernandez v. A-1 Outdoor Maintenance, Inc. et al |
| 1:22-cv-00930 | Ramirez v. Dady et al |
| 1:21-cv-06112 | Cornice & Rose International, LLC v. Acuity, A Mutual Insurance Company |
| 1:22-cv-00965 | Hunt v. Brown, et al |
| 1:22-cv-02899 | Hosty v. Sunrise Flossmoor Assisted Living, LLC |
| 1:22-cv-03159 | Hines v. United Airlines, Inc. |
| 1:22-cv-03652 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:22-cv-04191 | Bigfoot 4X4, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

### Civil Cases Reassigned from Judge Kennelly to Judge Maldonado

| | |
|---|---|
| 1:19-cv-04652 | Santiago v. City Of Chicago |
| 1:19-cv-08507 | Joliet Avionics v. Lumanair, Inc. et al |
| 1:20-cv-05337 | City of Aurora v.BS Iron, Inc., et al., |
| 1:21-cv-01366 | Hernandez v. The Professionals, Inc. et al |
| 1:21-cv-03607 | Gonzalez-Loza v. United States |
| 1:21-cv-05624 | Nanlawala v. CITY OF CHICAGO |
| 1:21-cv-06879 | Garrett v. Walmart Inc |
| 1:22-cv-01178 | Palacios v. Discount Green Dry Cleaners INC. et al |
| 1:22-cv-01834 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. ICC Commonwealth Corporation f/k/a International Chimney Corp. |
| 1:22-cv-03236 | Feuling v. United States of America |
| 1:22-cv-04126 | Havrilla et al v. Centene Corporation et al |

### Civil Cases Reassigned from Judge Kness to Judge Maldonado

| | |
|---|---|
| 1:17-cv-02120 | Walgreen Co. v. Panasonic Healthcare Corporation of North America |
| 1:18-cv-06288 | Davis v. Wexford Health Source, Inc et al |
| 1:19-cv-01374 | Howe v. Speedway LLC et al |
| 1:19-cv-06646 | Saulsberry v. Baldwin et al |
| 1:19-cv-08348 | Bordelais v. Kuhn et al |
| 1:20-cv-03993 | Sims et al v. United States Of America(FTCA) |
| 1:20-cv-05500 | Hyper Microsystems Incorporated v. Legacy Micro, Inc. |
| 1:21-cv-01392 | Cardona v. Bean et al |
| 1:21-cv-02595 | American Male & Company v. Auto-Owners Insurance Company |
| 1:21-cv-04329 | Barton v. Walmart Inc. |
| 1:21-cv-05285 | Administrative District Council 1 Pension Fund v. LCS Construction Co. et al |
| 1:22-cv-00568 | Martinez v. Wills |
| 1:22-cv-03645 | Irfan v. Carpentersville Police Department |
| 1:22-cv-03297 | Woeso v. Experian Information Solutions, Inc. et al |
| 1:22-cv-04211 | Driver v. LQ Management LLC |

### Civil Cases Reassigned from Judge Kocoras to Judge Maldonado

| | |
|---|---|
| 1:17-cv-04699 | Hill v. City of Harvey et al |
| 1:18-cv-06064 | Boyd v. Loper et al |
| 1:20-cv-00577 | Vance v. International Business Machines Corporation |
| 1:20-cv-00783 | Janecyk v. International Business Machines Corporation |
| 1:20-cv-01668 | Woods v. City of Markham |
| 1:20-cv-07358 | Busse v. ABM Industry Groups, LLC et al |
| 1:21-cv-00577 | McKay v. City Of Chicago et al |
| 1:21-cv-04902 | Central States, Southeast and Southwest Areas Pension Fund et al v. Paramount Convention Services, Inc. |
| 1:21-cv-05543 | Lorenzo v. State of Illinois Department of Human Services et al |
| 1:22-cv-00014 | RSUI Indemnity Company v. Fireside Terrace Condominium Association, Inc. et al |
| 1:22-cv-00757 | Bobby Curry v Pedro Guzman, et al |

**Civil Cases Reassigned from Judge Lefkow to Judge Maldonado**

| | |
|---|---|
| 1:20-cv-05931 | Krishnan v. DeJoy |
| 1:20-cv-07268 | Romano v. First Midwest Bancorp, Inc. et al |
| 1:21-cv-04081 | CCP GOLDEN/7470 LLC et al v. BRESLIN et al |
| 1:21-cv-06362 | Malik v. Addison Group |
| 1:22-cv-02690 | McCoy v. MAYORKAS |

**Civil Cases Reassigned from Judge Leinenweber to Judge Maldonado**

| | |
|---|---|
| 1:17-cv-07991 | Doe v. Board of Trustees of Northern Illinois University |
| 1:19-cv-08225 | Nestle Healthcare Nutrition, Inc v. Xcel Med, LLC |
| 1:21-cv-02198 | Braxton v. Menard Inc. |
| 1:22-cv-00212 | Lottie v. Walmart Inc. |
| 1:22-cv-03170 | Hallmark Licensing, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

**Civil Cases Reassigned from Judge Norgle to Judge Maldonado**

| | |
|---|---|
| 1:16-cv-05486 | Viamedia, Inc. v. Comcast Corporation et al |
| 1:19-cv-01732 | Laborers' Pension Fund et al v. JLL Construction Services, Inc. et al |
| 1:20-cv-00803 | Kelly et al v. Tally et al |
| 1:20-cv-04882 | Richardson v. Blessing et al |
|     1:22-cv-00636 | Blessing v. Richardson et al |
| 1:20-cv-06756 | Smith v. Pfister et al |
| 1:21-cv-03464 | Camacho v. Sabaini et al |
| 1:21-cv-04764 | Torres Rivera v. Daria Exports Inc. et al |
| 1:21-cv-06935 | McGarrity v. Altus Business Development, Inc. |
| 1:22-cv-01969 | Guity v. Mangia Mangia Inc. et al |
| 1:22-cv-03105 | Mid-America Carpenters Regional Council Pension Fund v. Fuscaldo |
| 1:22-cv-04234 | Keeling v. Collection Professionals, Inc. et al |

**Civil Cases Reassigned from Judge Pacold to Judge Maldonado**

| | |
|---|---|
| 1:15-cv-11746 | Miller v. Lake County Jail et al |
| 1:16-cv-01086 | Gavin/Solmonese LLC v. Kunkel |
| 1:18-cv-02679 | Mays v. Pfister et al |
| 1:18-cv-03733 | Brinson v. Eagle Express Lines, Inc., |
| 1:19-cv-01761 | Taylor v. Lawrence |
| 1:19-cv-02564 | Montano v. Obaisi |
|     1:21-cv-06867 | Montano v. Wexford Health Sources, Inc. et al |
| 1:20-cv-00764 | Advanta-STAR Automotive Research Corporation of America v. Joe Cotton Ford, Inc. et al |
| 1:20-cv-02118 | Miller v. Kijakazi |
| 1:20-cv-06042 | Williams v. Thomas et al |
| 1:21-cv-00549 | Gordon v. Board of Education for the City of Chicago "(CPS)" et al |
| 1:21-cv-04682 | Caraba, D.D.S. v. Paul Revere Life Insurance Company |
| 1:21-cv-04976 | G.T. v. Samsung Electronics America, Inc. |
| 1:22-cv-01322 | Willoughby et al v. Abbott Laboratories |
|     1:22-cv-01376 | Doxie et al v. Abbott Laboratories |
| 1:22-cv-02904 | Rudolph-Kimble v. Motel 6 |
| 1:22-cv-03781 | S-R Investments LLC et al v. Federal Insurance Company et al |

**Civil Cases Reassigned from Judge Pallmeyer to Judge Maldonado**

| | |
|---|---|
| 1:14-cv-10408 | Cutler v. Wasson et al |
| 1:17-cv-02153 | Alarm Detection Systems, Inc. et al v. Village of Schaumburg et al |
| 1:20-cv-03653 | Haney v. Pritzker et al. |
| 1:21-cv-03247 | Woodson v. Village of Steger, Illinois, The |
| 1:21-cv-06855 | Wilim v. Mondelez Global LLC |

**Civil Cases Reassigned from Judge Rowland to Judge Maldonado**

| | |
|---|---|
| 1:18-cv-00316 | Phillips v. City Of Chicago et al |
| 1:19-cv-01844 | Kleronomos v. AIM Transfer & Storage, Inc. et al |
| 1:19-cv-07280 | McNease et al v. Laldee et al |
| 1:20-cv-04245 | Jackson v. The City of Chicago et al |
| 1:20-cv-06485 | Redd v. Amazon.com, Inc. et al |
| 1:21-cv-02188 | Smith v. Dart et al |
| 1:21-cv-03672 | Dukes v. Washburn et al |
| 1:21-cv-05787 | Weston v. University of Kentucky Federal Credit Union |
| 1:22-cv-02724 | Weston v. U.S. Small Business Administration |
| 1:21-cv-06563 | Cascades Branding Innovation LLC v. Aldi, Inc |
| 1:22-cv-01617 | Heller v. Curaleaf Holdings, Inc. |
| 1:22-cv-01761 | Floyd v. Squires et al |
| 1:22-cv-03026 | Lowe v. City Of Chicago et al |
| 1:22-cv-03232 | James v. Cermak HHS et al |
| 1:22-cv-04141 | Coyote Logistics, LLC v. Falcon Motor Xpress, LTD. |
| 1:22-cv-04277 | Coss et al v. Walmart, Inc. |

**Civil Cases Reassigned from Judge Seeger to Judge Maldonado**

| | |
|---|---|
| 1:17-cv-02877 | White v. City Of Chicago et al |
| 1:18-cv-06576 | Pittsfield Development LLC et al v. The Travelers Indemnity Company |
| 1:19-cv-04639 | Nelson v. Generations at Applewood, LLC et al |
| 1:19-cv-00176 | Hytera Communications Corporations LTD. et al v. Motorola Solutions Inc. |
| 1:21-cv-01016 | Pullen v. Lopez et al |
| 1:21-cv-00226 | Pollo v. Takeda Pharmaceuticals America, Inc. et al |
| 1:21-cv-03621 | Jones v. Wilks et al |
| 1:21-cv-04253 | Cline v. Fitzmark Chicago, Inc. et al |
| 1:22-cv-00059 | Mighty Pac, Inc. v. BT Supplies West, Inc. |
| 1:22-cv-00617 | Bueno v. Experian Information Solutions, Inc. |
| 1:22-cv-01512 | Deckers Outdoor Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:22-cv-01575 | Advanced Physical Medicine of Yorkville, Ltd. v. Cigna Healthcare of Illinois, Inc. |
| 1:22-cv-02643 | Young v. City of Chicago et al |
| 1:22-cv-02785 | Bowman et al v. Chicago Housing Authority |
| 1:22-cv-03509 | Reflection Window & Wall, LLC v. Talon Wall Holdings, LLC et al |

**Civil Cases Reassigned from Judge Shah to Judge Maldonado**

| | |
|---|---|
| 1:18-cv-07330 | United States of America v. Oehler et al |
| 1:20-cv-01940 | Kohl v. Davis et al |
| 1:21-cv-01668 | Noe et al v. Smart Mortgage Centers, Inc. et al |
| 1:21-cv-03320 | Irizarry v. M&R Precision Machining Inc. |
| 1:22-cv-00376 | Cross v. Skinner et al |
| 1:22-cv-01559 | Spiegel v. Wintrust Bank, N.A. |
| 1:22-cv-01648 | Tiz, Inc. v. Southern Glazer's Wine and Spirits, LLC et al |
| 1:22-cv-01986 | Baldwin v. The City of Chicago et al |
| 1:22-cv-03239 | Nextpulse, LLC v. Life Fitness, LLC |
| 1:22-cv-03381 | Martinez Martinez v. Ravinia Maid Service, Inc. et al |
| 1:22-cv-04075 | Foremost Insurance Company v. Ratts et al |

**Civil Cases Reassigned from Judge Tharp to Judge Maldonado**

| | |
|---|---|
| 1:18-cv-05122 | Sanders v. City Of Chicago et al |
| 1:18-cv-00264 | Mims v. The Boeing Company |
| 1:19-cv-02394 | Seeks v. The Boeing Company |
| 1:19-cv-03718 | Marshall v. Grubhub Inc. |
| 1:20-cv-01010 | United States of America v. Wilson et al |
| 1:20-cv-02133 | Fidelity Brokerage Services, LLC. v. Taylor |
| 1:20-cv-06965 | Avery v. CVI SGP-CO Acquisition Trust et al |
| 1:21-cv-04556 | Poulos et al v. Cinemark USA Inc. et al |
| 1:22-cv-01682 | Wronski et al v. Blinken et al |
| 1:22-cv-02909 | Havens et al v. Instant Brands, Inc. |
| 1:22-cv-03795 | Torres v. Wal-Mart Stores Inc. |

**Civil Cases Reassigned from Judge Valderrama to Judge Maldonado**

| | |
|---|---|
| 1:17-cv-01796 | Montoya v. Mitchell et al |
| 1:17-cv-05291 | Lietzow v. Village of Huntley et al |
| 1:19-cv-01203 | Collins Engineers, Inc. v. Travelers Property Casualty Company of America |
| 1:19-cv-02321 | Richardson v. Kharbouch |
| 1:19-cv-08112 | Arkeyo LLC v. Saggezza, Inc. |
| 1:20-cv-00522 | Koerner v. Santander Bank, N.A. et al |
| 1:20-cv-04864 | Marhaba Wholesale LLC v. Ohio Security Insurance Company |
| 1:20-cv-06329 | Sroga v. The Cook County Land Bank Authority et al |
| 1:21-cv-03142 | Marquez, Plenary Co-Guardian of Chloe Marquez, a disabled person et al v. Palos Community Hospital, Inc. d/b/a Palos Hospital |
| 1:21-cv-03334 | Scott v. Director of IDOC, Rob Jeffreys et al |
| 1:21-cv-06167 | Britt v. Ingalls Memorial Hospital |
| 1:21-cv-06281 | Brotherhood of Locomotive Engineers and Trainmen v. National Railroad Passenger Corporation d/b/a Amtrak |
| 1:21-cv-06282 | International Association of Sheet Metal, Air, Rail and Transportation Workers - Transportation Division et al v. National Railroad Passsenger Corp. |
| 1:22-cv-01286 | Barnes v. Walmart |
| 1:22-cv-02299 | Roberson et al v. Management Corporation et al |
| 1:22-cv-03610 | Raspanti v. Jones Day et al |

**Civil Cases Reassigned from Judge Wood to Judge Maldonado**

| | |
|---|---|
| 1:15-cv-09323 | Breuder v. Board of Trustees of Community College District No. 502, DuPage County, Illinois et al |
| 1:17-cv-02328 | Gruenstein v. Browning |
| 1:19-cv-01468 | Kibbons v. Taft School District 90 et al |
| 1:19-cv-06439 | Diamond Residential Mortgage Corporation v. Liberty Surplus Insurance Corporation |
| 1:20-cv-02262 | Laborers' Pension Fund et al v. Proven Contractors, Inc. |
| 1:20-cv-04893 | Brown v. Montgomery et al |
| 1:21-cv-01360 | The Hanover Insurance Company v. The Dolins Group, Limited et al |
| 1:21-cv-04840 | Ball v. City of Chicago et al |
| 1:22-cv-00768 | Hernandez v. AutoZone, Inc. |
| 1:22-cv-02665 | Delgado v. Lebanese Meat Market et al |
| 1:22-cv-03691 | LKQ Corporation et al v. Shipman |