**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Elizabeth Ball

　　　　　　　　　　Plaintiff,

v.                                           Case No.: 1:21−cv−04840
                                             Honorable Nancy L. Maldonado

City of Chicago, et al.

　　　　　　　　　　Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cummings for the purpose of holding proceedings related to: discovery supervision and settlement conference.(ca, )

Dated: October 24, 2022

                                             /s/ Nancy L. Maldonado
                                             _____
                                             United States District Judge