UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Elizabeth Ball
                Plaintiff,

v.                                    Case No.: 1:21−cv−04840
                                          Honorable Nancy L. Maldonado

City of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 27, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: This matter has been referred for discovery supervision and settlement conference [69]. The District Judge set a fact discovery completion date of 2/2/23 [65]. The parties shall diligently and cooperatively proceed with discovery to meet that deadline. The parties are reminded of their duty to meet and confer under Local Rule 37.2 before filing any discovery motions with the Court. By 11/7/22, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention. If the parties are mutually interested in a settlement conference, they shall also address the issues set forth in the first paragraph of the second page of the Court's Standing Order For Settlement Conferences and provide the dates that the parties are mutually available in December 2022 and January 2023 for a remote video settlement conference. The deadlines for the submission of settlement letters described in the Standing Order and the date for the settlement conference will be promptly set after the joint status report is received. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.