## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Elizabeth Ball
                        Plaintiff,

v.                                           Case No.: 1:21−cv−04840
                                                       Honorable Nancy L. Maldonado

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings:The Court has reviewed the parties' joint status report [77]. The parties have exchanged Rule 26(a)(1) disclosures, continue to exchange written discovery, and are moving forward with scheduling depositions. The parties are reminded of the 2/2/23 fact discovery deadline. By 12/13/22, the parties shall file a joint status report setting forth what additional discovery has been completed, what discovery remains (including the schedule for any remaining depositions), and whether any discovery disputes require the Court's attention. The parties also report that they are mutually interested in scheduling a settlement conference with the Court. By agreement of the parties, remote settlement conference set for 1/10/23 at 1:00 p.m. In advance of the settlement conference, counsel for the parties will receive the instructions for participation in the remote settlement conference and for participation in a brief pre−settlement conference practice session with the Court's staff. Plaintiff's settlement demand letter in conformance with the Court's Standing Order on Settlement Conferences is due 12/6/22 and defendants' conforming settlement offer letter is due 12/20/22. Each party shall email a copy of its letter to Judge Cummings' chambers on the same day that it is provided to opposing counsel. The settlement letters shall be submitted to the Court by e−mail to the Court's settlement correspondence e−mail address (Settlement_Correspondence_Cummings@ilnd.usco urts.gov). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.